1  TERRY J. SANNNITA (SBN: 72512)
   LAW OFFICES OF TERRY J. SANNITA
2  14500 Roscoe Blvd., 4th Floor
   Panorama City, CA 91402
3  Telephone: (818) 714-2039

4  Attorneys for Plaintiff MARIE E. ALBA

5  TATIANA DUPUY (SBN: 246705)
   tdupuy@grsm.com
6  STEPHANIE F. JONES (SBN: 303584)
   sfjones@grsm.com
7  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
8  San Diego, CA 92101
   Telephone: (619) 230-7415
9  Facsimile: (619) 696-7124

10 Attorneys for Defendants
   KIMBERLY-CLARK CORPORATION and WALMART INC.
11

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

| MARIA E. ALBA, | Case No. 2:22-CV-02353 AB (GJSx) |
|---|---|
| Plaintiff, | Presiding Judge: Hon. Andre Birotte Jr.<br>Magistrate Judge: Hon. Gail J. Standish |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| KIMBERLY-CLARK CORPORATION; WALMART INC., and DOES 1 to 20, | Complaint Filed: 12/15/21 |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff MARIE E. ALBA and Defendants KIMBERLY-CLARK CORPORATION and WALMART INC. (the "Parties"), jointly, write to advise this Court that the parties have resolved this matter. The parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms are pending.

The parties request forty-five (45) days in order to finalize the settlement

-1-
JOINT NOTICE OF SETTLEMENT

documents and file a joint stipulation for dismissal of the entire action with prejudice, each side to bear their own attorney fees and costs.

Dated: April 20, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Tatiana Dupuy
Tatiana Dupuy
Stephanie F. Jones
Attorneys for Defendants
KIMBERLY-CLARK CORPORATION and WALMART INC.

Dated: April 20, 2022

LAW OFFICES OF TERRY J. SANNITA

By: /s/ Terry J. Sannita
Terry J. Sannita
Attorneys for Plaintiff
MARIE E. ALBA

**ATTESTATION REGARDING SIGNATURES**

I, Tatiana Dupuy, Esq., attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 20, 2022                 /s/ Tatiana Dupuy
                                      Tatiana Dupuy

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101